Dismissed and Memorandum Opinion filed October 1, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00170-CV

____________

 

CECIL GAMMILL, JR., Appellant

 

V.

 

DAVID A. FETTNER, TRUSTEE OF THE GAMMILL FAMILY TRUST,
Appellee

 



On Appeal from County
Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 909910



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 20, 2008.  On September 9, 2009, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.